IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES A BIGGLEST,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CASE NO. CV416-340
                                 )
NANCY BERRYHILL,[1] Acting       )
Commissioner of Social Security, )
                                 )
    Defendant.                   )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which Plaintiff has filed objections (Doc. 15). In his objections, Plaintiff argues that there is insufficient evidence to support a denial of benefits and requests a hearing with the Acting Commissioner of Social Security. (Id. at 2.) After careful review, the Court concludes that Plaintiff's objections are without merit.

The records provided in this case more than support the decision of the Administrative Law Judge and the Appeals Counsel that Plaintiff was not disabled. Moreover, the Report and Recommendation correctly stated that the Acting Commissioner has no obligation to personally review the records or present

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and has been substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

evidence in this case. (Doc. 14 at 5.) As a result, there is no basis for a hearing. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and the Commissioner's final decision is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED this 21ˢᵗ day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA