# United States District Court
## Southern District of Georgia

James A. Bigglest,

                                    JUDGMENT IN A CIVIL CASE

          V.                        CASE NUMBER: CV416-340,

Nancy Berryhill, Acting Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/21/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered affirming the Commissioner's decision and closing the case.



| 8/21/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Prescott*

(By) Deputy Clerk